ANGELO CORTESE ET AL., APPELLANTS, v. BOARD OF ADJUSTMENT OF SUMMIT ET AL., RESPONDENTS.

Submitted May 28, 1948—Decided September 3, 1948.

For the appellants, *Jacob R. Mantel.*

For the respondents, *Peter C. Triolo.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Colie in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, BODINE, HEHER, WACHENFELD, BURLING, JACOBS, WELLS, DILL, FREUND, MCLEAN, SCHETTINO, JJ. 12.

*For reversal*—None.